# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-3665

_____

American Premier Underwriters, Inc.,   *
        *
        Appellant,   *   Appeal from the United States
        *   District Court for the Western
   v.       *   District of Missouri.
        *
Smith, Gill, Fisher & Butts, P.C.,   *    [UNPUBLISHED]
        *
        Appellee.   *

_____

Submitted: April 13, 2000

Filed: April 19, 2000

_____

Before McMILLIAN, FAGG, and LOKEN, Circuit Judges.

_____

PER CURIAM.

American Premier Underwriters, Inc. (APU) appeals the district court's adverse grant of summary judgment in this diversity lawsuit for legal malpractice and fraud. The district court ruled that APU's claims were barred by the applicable statutes of limitation. Having carefully analyzed the parties' arguments and following de novo review of the record and the questions of state law, we conclude the grant of judgment was proper for the reasons stated by the district court. Because our review involves the application of state law in a fact-intensive diversity case and the parties' submissions show they are thoroughly familiar with the issues before the court, we conclude that an

extensive discussion would serve no useful precedential purpose.  We thus affirm the district court without further discussion.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.